**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LINDA WILSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 16-12487 |
| ADVOCATES FOR JUVENILE AND ADULT RIGHTS, INC. | SECTION: L (3) |

J U D G M E N T

Considering the Court's Order and Reasons entered herein on January 16, 2018, and the Court's Order and Reasons entered herein on January 29, 2018, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiffs, Linda Wilson, Beverly York, Carolyn Cloud, Giselle Davis, Sheryl Green, Domonique Jacob, Juliet Jefferson, Chadsidy Lyons, Twilean Condoll and Tanya Wallace and against defendant, Advocates for Juvenile and Adult Rights, Inc., in the amount of One Hundred Fifty-Six Thousand, Nine Hundred Sixty and 20/100 ($156,960.20) Dollars, as to Plaintiffs' FSLA claims.

IT IS FURTHER ORDERED that there be judgment in favor of Plaintiffs, Linda Wilson and Beverly York, and against defendant, Advocates for Juvenile and Adult Rights, Inc., in the amount of, Ten Thousand, Seven Hundred Fourteen and 00/100 ($10,714.00) Dollars, as to Plaintiffs Wilson and York's LWPA claims, and dismissing plaintiffs' claims with prejudice.

New Orleans, Louisiana, this ___23rd___ day of February, 2018.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**